# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION AT SOUTH BEND

TRACY L. FORGUE and SYDNEY A. TILLEY, )
                                                                         )
       Plaintiffs,      )
                                                                    )
     v.                                                        )   Cause No.: 3:25-CV-148-PPS-AZ
                                                                  )
WINNEBAGO INDUSTRIES, INC. and  )
FORD MOTOR COMPANY,             )
                                                                  )
      Defendants.     )

## ORDER

The Parties' Stipulation of Dismissal [DE 21] is **GRANTED**. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE**, without costs to any party. The Clerk is **DIRECTED** to close the case.

     **SO ORDERED**.

     ENTERED: January 15, 2026.

                                         /s/Philip P. Simon
                                         PHILIP P. SIMON, JUDGE
                                         UNITED STATES DISTRICT COURT